UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PELTON & ASSOCIATES, P.C.
*ATTORNEYS FOR PLAINTIFFS*
11 Broadway, Suite 901
New York, NY 10006
(212) 385-9700

ATTORNEYS OF RECORD:
 BRENT PELTON (BP-1055)

---------------------------------------------------------------X
RODNEY MALLOY, Individually and on behalf
Of all other Similarly Situated Employees

                             Plaintiffs,

           -against-                            09 CV 00322 (CM)

RICHARD FLEISCHMAN & ASSOCIATES
INC., RICHARD FLEISCHMAN, and JOHN
DOES #1-10, Jointly and Severally

                             Defendants.
---------------------------------------------------------------X

**VIA ECF**

## NOTICE OF JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE that, upon the annexed affidavit of Brent E. Pelton, Esq., sworn to December 30, 2009, the exhibits annexed thereto, the accompanying joint memorandum of law in support of the parties' joint motion for preliminary approval of the settlement agreement, and all the pleadings and proceedings heretofore had herein, the undersigned will move this Court, before the Hon. Colleen McMahon, United States District Judge, in Courtroom 14C of the United States District Courthouse, 500 Pearl Street, New York, New York 10007-1581, on a date designated by the Court, for an order (i) preliminarily

approving the settlement reached by the parties in this action as embodied in their Settlement Agreement (See Exhibit A to Pelton Declaration); (ii) approving the proposed Settlement Notice (See Exhibit B to Pelton Declaration); (iii) instructing the parties to appear before this Court for a Fairness Hearing on _____ at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York; and (iv) for such other and further relief as the Court may deem just and proper.

DATED: December 30, 2009
     New York, New York

                PELTON & ASSOCIATES, P.C.
                *ATTORNEYS FOR PLAINTIFFS*
                111 Broadway, Suite 901
                New York, NY 10006
                (212) 385-9700

By: _____
    Brent Pelton (BP-1055)

                JACKSON LEWIS LLP
                *Attorneys For Defendants*
                58 South Service Road, Suite 410
                Melville, New York 11747
                (631) 247-0404

By: _____
    Jeffrey W. Brecher (JWB-1116)
    Diane Windholz (DW-9806)